**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

| | |
|---|---|
| In re: AMAN, JOHN PAUL         § | Case No. 1:11-01353-PMF |
|      AMAN, VERONICA JEAN     § | |
|                                            § | |
| Debtor(s)                              § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 27, 2011. The undersigned trustee was appointed on September 26, 2014.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of     $     150,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 112,003.19 |
| Administrative expenses | 8,528.99 |
| Bank service fees | 108.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 25,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]         $ | 4,359.08 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/17/2014 and the deadline for filing governmental claims was 01/23/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,151.60, for a total compensation of $4,151.60.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $31.48, for total expenses of $31.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2015          By: /s/MARTIN P. SHEEHAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:11-01353-PMF  **Trustee:** (680060) MARTIN P. SHEEHAN
**Case Name:** AMAN, JOHN PAUL  **Filed (f) or Converted (c):** 09/26/14 (c)
AMAN, VERONICA JEAN  **§341(a) Meeting Date:** 10/23/14
**Period Ending:** 06/15/15  **Claims Bar Date:** 02/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSE AND LOT, 2320 PRIDE AVENUE, CLARKSBURG WV | 140,000.00 | 0.00 | | 150,000.00 | FA |
| 2 | CASH | 500.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE, APPLIANCES, ELECTRONICS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | MISC CD'S BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | GOLF CLUBS | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 401K | Unknown | 0.00 | | 0.00 | FA |
| 9 | 2007 HYUNDAI SANTA FE | 9,000.00 | 0.00 | | 0.00 | FA |
| 10 | MISC PERSONAL PROPERTY | 500.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$156,700.00** | **$0.00** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/19/15 -- Filed Motion to Dismiss AP; Claims Bar Date is 2/17/15 then prepare TFR

1/2/15 -- Filed AP to void RE lien of Loveberry

12/30/14 -- filed Report of Sale

12/16/14 -- Hearing on Motion to Sell RE

12/4/14 -- Served Motion to Approve Sale and Notice of Hearing on interested parties

11/14/14 -- Filed Motion to retain RE broker and motion to Sell Free and Clear with motion to shorten time; Objections due 12/10/14

11/13/14 -- Filed Motion to Hire MPS

10/30/14 -- MPS meeting with US Attorney re: existing criminal case

**Initial Projected Date Of Final Report (TFR):** October 30, 2015  **Current Projected Date Of Final Report (TFR):** October 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1:11-01353-PMF  
**Case Name:** AMAN, JOHN PAUL  
AMAN, VERONICA JEAN  
**Taxpayer ID #:** **-***2525  
**Period Ending:** 06/15/15

**Trustee:** MARTIN P. SHEEHAN (680060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/14 | | Steptoe & Johnson Attorneys at Law | Sale of Real Estate | | 54,470.08 | | 54,470.08 |
| | {1} | STEPTOE & JOHNSON | RE SALE PROCEEDS    150,000.00 | 1110-000 | | | 54,470.08 |
| | | CITY NATIONAL BANK | FIRST MORTGAGE    -50,059.64 PAYOFF | 4110-000 | | | 54,470.08 |
| | | HUNTINGTON MORTGAGE | SECOND MORTGAGE    -36,616.22 | 4110-000 | | | 54,470.08 |
| | | WV DEPT OF TAX & REVENUE | TAX LIEN    -327.33 | 4110-000 | | | 54,470.08 |
| | | JO ELLEN CRAWLEY | BROKER COMMISSION    -7,500.00 | 3510-000 | | | 54,470.08 |
| | | HARRISON COUNTY TAX DEPARTMENT | REAL PROPERTY    -973.73 TAXES DUE | 2820-000 | | | 54,470.08 |
| | | HARRISON COUNTY CLERK | RECORDING AND    -53.00 TRANSFER FEES | 2500-000 | | | 54,470.08 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 54,460.08 |
| 01/16/15 | 101 | Veronica Jean Aman | Codebtor's Exempt Funds | 8100-002 | | 25,000.00 | 29,460.08 |
| 01/16/15 | 102 | United States Attorney for NDWV | Debtor's Exempt Funds | 4120-002 | | 25,000.00 | 4,460.08 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.74 | 4,391.34 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,381.34 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,371.34 |
| 04/24/15 | 103 | SHEEHAN & NUGENT PLLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/24/2015 FOR CASE #11-01353, Blanket Bond Renewal | 2300-000 | | 2.26 | 4,369.08 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,359.08 |
| | | | **ACCOUNT TOTALS** | | 54,470.08 | 50,111.00 | **$4,359.08** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 54,470.08 | 50,111.00 | |
| | | | Less: Payments to Debtors | | | 25,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$54,470.08** | **$25,111.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5066** | 54,470.08 | 25,111.00 | 4,359.08 |
| | $54,470.08 | $25,111.00 | $4,359.08 |

{} Asset reference(s)

Printed: 06/15/2015 04:40 PM    V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 17, 2014

**Case Number:** 1:11-01353-PMF  
**Debtor Name:** AMAN, JOHN PAUL

Page: 1

**Date:** June 15, 2015  
**Time:** 04:41:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | HARRISON COUNTY TAX DEPARTMENT | Admin Ch. 7 | | $973.73 | $973.73 | 0.00 |
| 200 | MARTIN P. SHEEHAN<br>BANKRUPTCY TRUSTEE<br>41 FIFTEENTH STREET<br>WHEELING, WV 26003-2941 | Admin Ch. 7 | *Allowed amount reduced to allow 100% payment to Bankruptcy Court | $4,151.60 | $0.00 | 4,151.60 |
| 200 | MARTIN P. SHEEHAN<br>BANKRUPTCY TRUSTEE<br>41 FIFTEENTH STREET<br>WHEELING, WV 26003-2941 | Admin Ch. 7 | | $31.48 | $0.00 | 31.48 |
| BOND 200 | SHEEHAN & NUGENT PLLC<br>41 FIFTEENTH STREET<br>WHEELING, WV 26003 | Admin Ch. 7 | | $2.26 | $2.26 | 0.00 |
| APFEE 200 | U.S. BANKRUPTCY COURT<br>PO BOX 70<br>WHEELING, WV 26003 | Admin Ch. 7 | | $176.00 | $0.00 | 176.00 |
| REALT 200 | JO ELLEN CRAWLEY<br>HOMEFINDERS PLUS INC | Admin Ch. 7 | | $7,500.00 | $7,500.00 | 0.00 |
| CLOSFEES 200 | HARRISON COUNTY CLERK | Admin Ch. 7 | | $53.00 | $53.00 | 0.00 |
| 7 100 | WV DEPT OF TAX & REVENUE<br>BANKRUPTCY UNIT<br>POST OFFICE BOX 766<br>CHARLESTON, WV 25323-0766 | Secured | | $327.33 | $327.33 | 0.00 |
| 11 100 | CITY NATIONAL BANK<br>PO BOX 7077<br>CROSS LANES, WV 25356 | Secured | | $50,059.64 | $50,059.64 | 0.00 |
| 20 100 | HUNTINGTON MORTGAGE | Secured | | $36,616.22 | $36,616.22 | 0.00 |
| HEXEMPT 100 | United States Attorney for NDWV<br>P.O. Box 591<br>Wheeling, WV 26003 | Secured | Husband exempted this $lockelockett25,000 but these funds are payable to US Attorney as a result of criminal conviction. Per order exempt funds were paid to USA. No commission to be charged on such distribution. | $25,000.00 | $25,000.00 | 0.00 |
| WEXEMPT 100 | Veronica Jean Aman<br>2320 Pride Avenue<br>Clarksburg, WV 26003 | Secured | wifes exemption in house paid to her | $25,000.00 | $25,000.00 | 0.00 |
| 1 610 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA 92123 | Unsecured | | $10,937.31 | $0.00 | 10,937.31 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 17, 2014

**Case Number:** 1:11-01353-PMF  
**Debtor Name:** AMAN, JOHN PAUL

Page: 2

**Date:** June 15, 2015  
**Time:** 04:41:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 610 | MIDLAND CREDIT MANAGEMENT, INC. 8875 AERO DRIVE, SUITE 200 SAN DIEGO, CA 92123 | Unsecured | | $4,174.90 | $0.00 | 4,174.90 |
| 3 610 | MIDLAND CREDIT MANAGEMENT, INC. 8875 AERO DRIVE, SUITE 200 SAN DIEGO, CA 92123 | Unsecured | | $21,368.51 | $0.00 | 21,368.51 |
| 4 610 | DEPARTMENT STORES NATIONAL BANK/MACY'S BANKRUPTCY PROCESSING PO BOX 8053 MASON, OH 45040 | Unsecured | | $1,184.24 | $0.00 | 1,184.24 |
| 5 610 | CCR TRUST 2009-2 QUANTUM3 GROUP LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured | | $8,803.50 | $0.00 | 8,803.50 |
| 6 610 | BRIDGEPORT COUNTRY CLUB RT 2 BOX 41 BRIDGEPORT, WV 26330 | Unsecured | | $810.37 | $0.00 | 810.37 |
| 8 610 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $5,899.05 | $0.00 | 5,899.05 |
| 9 610 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $6,898.60 | $0.00 | 6,898.60 |
| 10 610 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $1,312.18 | $0.00 | 1,312.18 |
| 12 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK, VA 23541 | Unsecured | | $1,618.03 | $0.00 | 1,618.03 |
| 13 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 NORFOLK, VA 23541 | Unsecured | | $575.79 | $0.00 | 575.79 |
| 14 610 | WEST UNION BANK CO JACKSON & KELLY ATTN DAVID BARNETT, ESQUIRE,PO BOX 553 CHARLESTON, WV 25322 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 15 610 | MEC CONSTRUCTION CO 130 MEADOW RIDGE DRIVE MT MORRIS, PA 15349 | Unsecured | | $12,000.00 | $0.00 | 12,000.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 17, 2014

**Case Number:** 1:11-01353-PMF
**Debtor Name:** AMAN, JOHN PAUL

Page: 3

**Date:** June 15, 2015
**Time:** 04:41:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 610 | THE HUNTINGTON NATIONAL BANK<br>C/O W. HENRY JERNIGAN AND JILL C. BENTZ<br>DINSMORE & SHOHL LLP, P. O. BOX 11887<br>CHARLESTON, WV 25339 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 17 610 | CVF CONSUMER ACQUSITION CO ITS SUCCESSORS AND<br>ASSIGNS AS ASSIGNEE OF NCO GROUP INC<br>RESURGENT CAPITAL SERVICES, PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | | $10,080.48 | $0.00 | 10,080.48 |
| 18 610 | FREEDOM BANK | Unsecured | | $0.00 | $0.00 | 0.00 |
| 18 -2 610 | FREEDOM BANK | Unsecured | | $0.00 | $0.00 | 0.00 |
| 19 610 | ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $651.40 | $0.00 | 651.40 |
| << Totals >> | | | | 236,205.62 | 145,532.18 | 90,673.44 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 1:11-01353-PMF
Case Name: AMAN, JOHN PAUL
Trustee Name: MARTIN P. SHEEHAN

**Balance on hand:** $ 4,359.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,359.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARTIN P. SHEEHAN | 4,151.60 | 0.00 | 4,151.60 |
| Trustee, Expenses - MARTIN P. SHEEHAN | 31.48 | 0.00 | 31.48 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

Total to be paid for chapter 7 administration expenses: $ 4,359.08
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,314.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT, INC. | 10,937.31 | 0.00 | 0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC. | 4,174.90 | 0.00 | 0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC. | 21,368.51 | 0.00 | 0.00 |
| 4 | DEPARTMENT STORES NATIONAL BANK/MACY'S | 1,184.24 | 0.00 | 0.00 |
| 5 | CCR TRUST 2009-2 | 8,803.50 | 0.00 | 0.00 |
| 6 | BRIDGEPORT COUNTRY CLUB | 810.37 | 0.00 | 0.00 |
| 8 | CANDICA, LLC | 5,899.05 | 0.00 | 0.00 |
| 9 | CANDICA, LLC | 6,898.60 | 0.00 | 0.00 |
| 10 | CANDICA, LLC | 1,312.18 | 0.00 | 0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,618.03 | 0.00 | 0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 575.79 | 0.00 | 0.00 |
| 15 | MEC CONSTRUCTION CO | 12,000.00 | 0.00 | 0.00 |
| 17 | CVF CONSUMER ACQUSITION CO ITS SUCCESSORS AND | 10,080.48 | 0.00 | 0.00 |
| 19 | ECAST SETTLEMENT CORPORATION | 651.40 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**